<u>In re: Slavic S. Kotsyubchuk and Tanya F. Kotsyubchuk</u>;
Chapter 11 Bankruptcy Case No. 08-32366-rld11


AMENDED CERTIFICATE OF SERVICE – TRUE COPY


**DATE:** **June 9, 2008**

**DOCUMENT:** APPLICATION OF DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY (Gunn Cain & Kinney LLP)

I hereby certify that the foregoing **APPLICATION OF DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY (GUNN CAIN & KINNEY LLP)** for Case No.: 08-32366-rld11was served on the following party(s) or person(s) electronically by the ECF Bankruptcy Noticing Center ("BNC") on **June 5, 2008**:

- US Trustee, Portland, Oregon    USTPRegion18.PL.ECF.@usdoj.gov
- Thomas K. Hooper    bmail@hooplaw.com; csayles@hooplaw.com
- Joe Lozano    notice@bkcylaw.com
- John D. Schlotter    bkmail@mrdefault.com
- Kelly D. Sutherland    s&k-0r.ecf.wa@logs.com; crocha@logs.com

I hereby certify that the foregoing **APPLICATION OF DEBTORS-IN-POSSESSION FOR AUTHORITY TO EMPLOY ATTORNEY (GUNN CAIN & KINNEY LLP)** for Case No.: 08-32366-rld11 was served on the following party(s) or person(s) by causing a copy thereof to be placed in a sealed envelope, postage prepaid, addresses as shown below, in the United States Mail, first class postage prepaid, at Newberg, Oregon on **June 9, 2008**:

All County Surveyors and Planners, Inc.
Dale L. Hult, President.
P.O. Box 955
Sandy, Oregon  97055

Executive Financial Solutions, Inc.
Ella Gurfinxel, President
4942 N.W. 146th Place
Portland, Oregon  97229

Oregon Department of Revenue Bankruptcy
955 Center Street NE
Salem, Oregon  97301-2555

Amy Joseph Pedersen
Stoel Rives
900 S.W. Fifth, Suite 1600
Portland, Oregon  97204

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, Florida  33131

    Respectfully submitted,

    GUNN CAIN & KINNEY LLP

    /s/ Charles E. Harrell
    Charles E. Harrell, OSB No. 012761
    Of Attorneys for Debtors-in-Possession