DISTRICT OF OREGON
**F I L E D**
**July 24, 2008**
**Clerk, U.S. Bankruptcy Court**

**Below is an Order of the Court.**

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | Case No.: 08-32366-rld11 |
|---|---|
| SLAVIC S. KOTSYUBCHUK and TANYA F. KOTSYUBCHUK, | **ORDER AUTHORIZING EMPLOYMENT OF ATTORNEYS FOR DEBTORS IN POSSESSION (GUNN CAIN & KINNEY LLP).** |
| Debtors-in-Possession. | |

  This matter came before the court on July 17, 2008 on the Amended Application for Employment of Attorneys for Debtors In Possession. Debtors-in-Possession were present and represented by Charles E. Harrell. Vivienne Popperl appeared for the U.S. Trustee. The Court having reviewed the file, the Amended Application for Employment of Attorneys and the Rule 2014 Verified Statement and being fully advised; now, therefore

  IT IS HEREBY ORDERED:

1. The Amended Application for Employment of GUNN CAIN & KINNEY LLP as attorneys for the Debtors in Possession is hereby authorized and effective as of the date of the filing of this Chapter 11 Bankruptcy Petition (May 21, 2008).

2. GUNN CAIN & KINNEY LLP has an ongoing obligation to inform the Court and the US Trustee of any changes in facts or circumstances that will require GUNN CAIN & KINNEY LLP to file an amended Rule 2014 Verified Statement.

3. GUNN CAIN & KINNEY LLP shall file an application for compensation in compliance with the Bankruptcy Code and the Court's local procedures and rules so that the application for compensation may be reviewed pursuant to 11 U.S.C. § 330.

# # #

Respectfully submitted by,

**GUNN CAIN & KINNEY LLP**

| | |
|---|---|
| /s/ Charles E. Harrell | 7/22/2008 |
| Charles E. Harrell, OSB #012761 | Date |

of Attorneys for Debtors-in-Possession
700 Deborah Road, Suite 250
Newberg, Oregon  97132
Phone: (503) 538-8318

**Approved as to Form:**

| | |
|---|---|
| /s/ M. Vivienne Popperl | 7/22/2008 |
| Vivienne Popperl | Date |

Attorney for U.S. Trustee

cc:    U.S. Trustee
       Debtors-in-Possession


**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

Case 08-32366-rld11    Doc 67    Filed 07/26/08

# CERTIFICATE OF SERVICE

```
District/off: 0979-3         User: sumalee            Page 1 of 1              Date Rcvd: Jul 24, 2008
Case: 08-32366               Form ID: pdf018          Total Served: 2

The following entities were served by first class mail on Jul 26, 2008.
db           +Slavic S Kotsyubchuk,    POB 2281,    Clackamas, OR 97015-2281
jdb          +Tanya F Kotsyubchuk,    POB 2281,    Clackamas, OR 97015-2281

The following entities were served by electronic transmission.
NONE.                                                                                   TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2008**                    Signature:    *Joseph Speetjens*