Jessica S. Cain, OSB #030857
Gunn Cain & Kinney LLP
700 Deborah Road, Suite 250
Newberg, OR 97132
Phone: (503) 538-8318
Fax: (503) 537-0591

    Of Attorneys for Debtors-in-Possession

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re:<br><br>SLAVIC S. KOTSYUBCHUK and TANYA F. KOTSYUBCHUK,<br><br>    Debtors-in-Possession. | Case No.: 08-32366-rld11<br><br>NOTICE OF SUBSTITUTION OF ATTORNEY |

    COMES NOW Jessica S. Cain of Gunn Cain & Kinney LLP and hereby gives notice that she is substituted as the Attorney of Record for Debtors-in-Possession in place of Charles H. Harrell in the above captioned matter. Ms. Cain will be representing the debtors-in-possession as of the date set forth below. All notices should be addressed to:

Jessica S. Cain<br>
Gunn Cain & Kinney LLP<br>
700 Deborah Road, Suite 250<br>
Newberg, OR 97132<br>
Phone: (503) 538-8318<br>
Fax: (503) 537-0591

                                GUNN CAIN & KINNEY LLP

                                /s/ Jessica S. Cain
                                Jessica S. Cain, OSB #030857
                                cain@gckattorneys.com
                                Dated this 24th day of September, 2008

<u>In re Slavic S. Kotsyubchuk and Tanya F. Kotsyubchuk</u>;
Chapter 11 Bankruptcy Case No. 08-32366-rld11

CERTIFICATE – TRUE COPY

DATE:             September 24, 2008

DOCUMENTS:     SUBSTITUTION OF ATTORNEY

I hereby certify that I prepared the foregoing copies of the foregoing named documents and have carefully compared the same with the originals thereof and they are a correct copy therefrom and of the whole thereof.

CERTIFICATE OF SERVICE

I hereby certify that I served a copy of the foregoing on:  See attached Exhibit A.

by mailing a copy of the above-named documents to each of them in a sealed envelope, addressed to each of them at his or her last known address.  Said envelopes were deposited in the Post Office at Newberg, Oregon, on September 24, 2008, postage prepaid.

The following were served electronically by the Court on September 24, 2008:

Thomas K. Hooper for FMCC
Via ECF:  bmail@hooplaw.com and
csayles@hooplaw.com

Joe Lozano for Litton Loan Servicing, LP
and Kubota Credit Corporation
Via ECF:  notice@bkcylaw.com

David E. McAllister for Homecomings
Financial and National City Mortgage, Co.
Via ECF:  ecforb@piteduncan.com

Brandy A. Sargent for Jennifer Thompson
and Joseph Martinez
Via ECF:  basargent@stoel.com and
docketclerk@stoel.com

John D. Schlotter for Litton Loan Servicing,
L.P. and America's Servicing Company
Via ECF:  bkmail@mrdefault.com

David B. Schumacher for Greenpoint
Mortgage Funding, Inc.
Via ECF:  schulaw@comcast.net

Kelly D. Sutherland for Citibank, NA as
trustee for Structured Asset Securities Corp
OCWEN
Via ECF:  s&k-or.ecf.wa@logs.com and
crocha@logs.com

Ted A. Troutman for Suresh Paranjpe
Via ECF:  tedtroutman@sbcglobal.net and
rusty@muir-troutman.com

U.S. Trustee, Portland
Via ECF:
USTPRegion18.PL.ECF@usdoj.gov

Gilbert B. Weisman for American Express
Bank FSB
Via ECF:  notices@becket-lee.com

DATED: September 24, 2008

                GUNN CAIN & KINNEY LLP

                /s/ Jessica S. Cain
                Jessica S. Cain, OSB #030857
                Attorney of Record for Debtors-in-Possession