UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                              )
                                                   )  Case No. _____
                                                   )
                                                   )  RULE 2014 VERIFIED STATEMENT
Debtor(s)                                          )  FOR PROPOSED PROFESSIONAL

1.  The applicant is not a creditor of the debtor except:

2.  The applicant is not an equity security holder of the debtor.

3.  The applicant is not a relative of the individual debtor.

4.  The applicant is not a relative of a general partner of the debtor (whether the debtor is an individual, corporation, or partnership).

5.  The applicant is not a partnership in which the debtor (as an individual, corporation, or partnership) is a general partner.

6.  The applicant is not a general partner of the debtor (whether debtor is an individual, corporation, or partnership).

7.  The applicant is not a corporation of which the debtor is a director, officer, or person in control.

8.  The applicant is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of the debtor.

9.  The applicant is not a person in control of the debtor.

10. The applicant is not a relative of a director, officer or person in control of the debtor.

11. The applicant is not the managing agent of the debtor.

12. The applicant is not and was not an investment banker for any outstanding security of the debtor; has not been, within three years before the date of the filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor; and is not and was not, within two years before the date of the filing of the petition, a director, officer, or employee of such an investment banker.

13. The applicant has read 11 U.S.C. §101(14) and §327, and FRBP 2014(a); and the applicant's firm has no connections with the debtor(s), creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee, or any District of Oregon Bankruptcy Judge, except as follows:

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

15.  Describe details of all payments made to you by either the debtor or a third party for any services rendered on the debtor's behalf within a year prior to filing of this case:

16.  The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)).  Please list and explain the relationship between the debtor and the affiliate:

17.  The applicant is not an affiliate of the debtor.

18.  Assuming any affiliate of the debtor is the debtor for purposes of statements 4-13, the statements continue to be true except (list all circumstances under which proposed counsel or counsel's law firm has represented any affiliate during the past 18 months; any position other than legal counsel which proposed counsel holds in either the affiliate, including corporate officer, director, or employee; and any amount owed by the affiliate to proposed counsel or its law firm at the time of filing, and amounts paid within 18 months before filing):

19.  The applicant hereby acknowledges that he/she has a duty during the progress of the case to keep the court informed of any change in the statement of facts which appear in this verified statement. In the event that any such changes occur, the applicant immediately shall file with the court a pleading to which the original verified statement filed with the court is attached and which describes, by statement paragraph, those changes which have occurred.

THE FOLLOWING QUESTIONS NEED BE ANSWERED ONLY IF AFFILIATES HAVE BEEN LISTED IN STATEMENT 16.

20.  List the name of any affiliate which has ever filed bankruptcy, the filing date, and court where filed:

21. List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

23. List any security interest in any property granted by the debtor to secure any debts of any affiliate not covered in statements 20 and 21. List any security interest in any property granted by the affiliate to secure any debts of the debtor not covered in statements 21 and 22. Also include the collateral, the date and nature of the security interest, the name of the creditor to whom it was granted, and the current balance of the underlying debt:

24. List the name of any affiliate who is potentially a "responsible party" for unpaid taxes of the debtor under 26 U.S.C. §6672:

I verify that the above statements are true to the extent of my present knowledge and belief.

_____
Applicant

**Kotsyubchuk, Slavic and Tanya**
**Case No. 08-32366-rld11**


## Rule 2014 Verified Statement.

## Exhibit 1.

**16.    The debtor has the following affiliates (as defined by 11 U.S.C. §101(2)). Please list and explain the relationship between the debtor and the affiliate:**

**Slavco, Inc.              -        Debtors are sole shareholders.**

**Slavco Trucking, Inc.   -        Debtors are sole shareholders.**

**Slavco Group, LLC       -        Debtors are sole members.**

**Slavco Custom Homes, LLC - Debtors are sole members (administratively dissolved May 2007).**

**Home & Land LLC         -        Debtors are sole members.**

**Western Star Investments, LLC    -        Debtors are sole members (administratively dissolved in February 2006)**

**Kotsyubchuk, Slavic and Tanya**
**Case No. 08-32366-rld11**

## Rule 2014 Verified Statement.

## Exhibit 2.

21.    List the names of any affiliates which have guaranteed debt of the debtor or whose debt the debtor has guaranteed. Also include the amount of the guarantee, the date of the guarantee, and whether any security interest was given to secure the guarantee. Only name those guarantees now outstanding or outstanding within the last 18 months:

<u>Slavic Kotsyubchuk cosigner for Slavco, Inc. to:</u>

Volvo Financial Services
PO Box 26131
Greensboro, NC  27402-6131
Account No. 502-7566940-001
Contract date:  July 10, 2007
Balance:  $120,000.00
Payment:  $2,534.74

Diversified Financial Services, LLC
PO Box 95662
Chicago, IL  60694
Account No. 170-0148700-001
Contract date:  7/12/ 2007
Amount Financed:  $24,795.00
Payment:  $607.77

Toyota Financial
750 SE 122nd
Portland, OR  97233
Contract Date:  8/21/2007
Security:  2007 Toyota Tundra 4x4 pickup
Amount:  $34,365.00

Toyota Financial
750 SE 122nd
Portland, OR  97233
Lease Contract Date:  9/13/2007
Account No. 03 066268515
Payment:  $486.38

Komatsu Financial
PO Box 5050
Rolling Meadows, IL  60008
Account No. 7770115300.000
Date:  9/26/2007
Amount:  $65,250.00
Payment:  $1,160.55

<u>Slavic and Tanya Kotsyubchuk cosigners for Slavco Trucking, Inc. to</u>:

Paccar Financial Corp.
PO Box 2374
Denton, TX  76202
Account No. 100-693-150-00005869730
Contract Date:  5/29/2008
Amount:  $114,449.00
Payment:  $2,300.00

Paccar Financial Corp.
PO Box 2374
Denton, TX  76202
Account No. 100-693-150-00005877063
Contract Date:  6/18/2007
Amount:  $114,810.00
Payment:  $2,329.00

Paccar Financial Corp.
PO Box 2374
Denton, TX  76202
Account No. 100-693-150-00005879101
Contract Date:  6/25/2007
Amount:  $114,810.00
Payment:  $2,329.00

City Capitol
PO Box 6229
Carol Stream, IL  60197
Amount:  $235,593.00
Payment:  $4,386.00

**Kotsyubchuk, Slavic and Tanya**
**Case No. 08-32366-rld11**

## Rule 2014 Verified Statement.

## Exhibit 3.

22. List the names of any affiliates which have a debtor-creditor relationship with the debtor. Also include the amount and date of the loan, the amount of any repayments on the loan and the security, if any. Only name those loans now outstanding or paid off within the last 18 months:

Slavco Trucking, Inc   *owes Tanya*                     6/5/2008 2:46 PM

Register: Loan Tanya Kotsyubchuk

From 05/17/2007 through 06/05/2008

Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|------|--------|-------|---------|------|----------|---|----------|---------|
| 05/17/2007 |  | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to company | 300.00 |  |  | 300.00 |
| 05/17/2007 |  | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to company | 10,000.00 |  |  | 10,300.00 |
| 05/30/2007 |  | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to company | 7,000.00 |  |  | 17,300.00 |
| 06/20/2007 | 6101488 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to company | 15,000.00 |  |  | 32,300.00 |
| 06/29/2007 | 6101498 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to company | 15,000.00 |  |  | 47,300.00 |
| 07/25/2007 | 109 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 60,000.00 |  |  | 107,300.00 |
| 09/07/2007 | 2622 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 15,000.00 |  |  | 122,300.00 |
| 09/18/2007 | 1110 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 5,000.00 | 117,300.00 |
| 10/05/2007 |  | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 20,000.00 |  |  | 137,300.00 |
| 10/19/2007 | 1186 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 5,000.00 | 132,300.00 |
| 11/08/2007 | 1287 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 5,000.00 | 127,300.00 |
| 11/13/2007 | 1295 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 124,300.00 |
| 11/20/2007 |  | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 10,000.00 |  |  | 134,300.00 |
| 11/21/2007 | 1322 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 10,000.00 | 124,300.00 |
| 12/11/2007 | 1349 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 5,000.00 | 119,300.00 |
| 12/15/2007 | 1332 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 5,000.00 | 114,300.00 |
| 12/19/2007 | Transfer | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 10,000.00 | 104,300.00 |
| 01/09/2008 | 1201 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 101,300.00 |
| 01/11/2008 | 1423 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 4,000.00 | 97,300.00 |
| 01/14/2008 | 1426 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 4,000.00 | 93,300.00 |
| 01/16/2008 | 1441 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 1,500.00 | 91,800.00 |
| 01/18/2008 | 848721 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 25,000.00 |  |  | 116,800.00 |
| 01/18/2008 | 1443 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 15,000.00 | 101,800.00 |
| 02/19/2008 | 1471 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 7,000.00 | 94,800.00 |
| 02/21/2008 | 1473 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 1,000.00 | 93,800.00 |
| 02/27/2008 | 1489 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 1,000.00 | 92,800.00 |
| 03/20/2008 | 1527 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 89,800.00 |
| 03/20/2008 | 1531 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 2,000.00 | 87,800.00 |
| 03/21/2008 | 236 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan to Compa... | 15,000.00 |  |  | 102,800.00 |
| 03/26/2008 | 1551 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 2,000.00 | 100,800.00 |
| 03/27/2008 | 1553 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 97,800.00 |
| 04/04/2008 | 1571 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,500.00 | 94,300.00 |
| 04/11/2008 | 1588 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 7,000.00 | 87,300.00 |
| 04/11/2008 | 1589 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 84,300.00 |
| 04/14/2008 | 1592 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 7,000.00 | 77,300.00 |
| 04/16/2008 | 1556 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 74,300.00 |
| 04/30/2008 | 1563 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 2,000.00 | 72,300.00 |
| 05/05/2008 | 1608 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 4,000.00 | 68,300.00 |
| 05/09/2008 | 1631 | Tanya Kotsyubchuk | Washington Mutual Ba... | Loan Payoff |  |  | 3,000.00 | 65,300.00 |

*Slavco Trucking, Inc*

Page 1

2:34 PM

06/05/08

Accrual Basis

# Slavco Rock Products
## Invoices for Slavic Kotsyubchu
### All Transactions

| Num | Date | Due Date | Aging | Amount | Open Balance |
|---|---|---|---|---|---|
| 567 | 2/20/2008 | 3/10/2008 | 87 | 16,500.00 | 16,500.00 |
| 566 | 2/15/2008 | 3/10/2008 | 87 | 19,000.00 | 19,000.00 |
| 75 | 10/26/2007 | 11/5/2007 | 213 | 60.56 | 60.56 |
| 76 | 10/26/2007 | 11/5/2007 | 213 | 393.23 | 393.23 |
| 68 | 7/26/2007 | 8/5/2007 | 305 | 6,433.50 | 6,433.50 |
| 49 | 6/15/2007 | 6/25/2007 | 346 | 4,799.50 | 4,799.50 |
| 44 | 6/13/2007 | 6/13/2007 | 358 | 175.00 | 175.00 |
| 38 | 5/23/2007 | 6/2/2007 | 369 | 528.00 | 528.00 |
| 15 | 4/5/2007 | 4/15/2007 | 417 | 24,932.68 | 24,932.68 |
| Total | | | | 72,822.47 | 72,822.47 |

Slavic owes Slavco, Inc

Page 1

## Slavco Rock Products

6/5/2008 2:31 PM

Register: 22000 · Loan Slavic Kotsyubchuk
From 12/04/2006 through 06/05/2008
Sorted by: Date, Type, Number/Ref

| Date | Number | Payee | Account | Memo | Increase | C | Decrease | Balance |
|------|--------|-------|---------|------|----------|---|----------|---------|
| 12/04/2006 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 200.00 | | | 200.00 |
| 01/10/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 10,000.00 | | | 10,200.00 |
| 04/26/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Comap... | 481.00 | | | 10,681.00 |
| 05/18/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 15,681.00 |
| 06/04/2007 | 2093 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 20,681.00 |
| 07/10/2007 | 2178 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to company | 5,000.00 | | | 25,681.00 |
| 07/12/2007 | 2179 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 30,681.00 |
| 07/17/2007 | 2362 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 7,000.00 | | | 37,681.00 |
| 07/19/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 8,000.00 | 29,681.00 |
| 08/03/2007 | 2186 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 34,681.00 |
| 08/08/2007 | 2188 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 39,681.00 |
| 08/15/2007 | 2555 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Comap... | 5,000.00 | | | 44,681.00 |
| 08/24/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 7,220.00 | | | 51,901.00 |
| 09/04/2007 | 2572 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 3,000.00 | | | 54,901.00 |
| 10/05/2007 | 1157 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 3,000.00 | | | 57,901.00 |
| 10/09/2007 | 2631 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Comap... | 3,000.00 | | | 60,901.00 |
| 10/12/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 7,000.00 | 53,901.00 |
| 11/21/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 5,000.00 | | | 58,901.00 |
| 12/26/2007 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 6,000.00 | | | 64,901.00 |
| 01/02/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 2,000.00 | | | 66,901.00 |
| 01/15/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 500.00 | 66,401.00 |
| 02/11/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 1,500.00 | | | 67,901.00 |
| 03/07/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 3,000.00 | | | 70,901.00 |
| 03/10/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 500.00 | | | 71,401.00 |
| 03/11/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 2,500.00 | | | 73,901.00 |
| 03/14/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 1,000.00 | | | 74,901.00 |
| 03/21/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 2,000.00 | | | 76,901.00 |
| 04/04/2008 | 2524 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 2,000.00 | 74,901.00 |
| 04/04/2008 | 2525 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 1,000.00 | 73,901.00 |
| 04/11/2008 | 2546 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 57,000.00 | 16,901.00 |
| 04/16/2008 | 2568 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 4,000.00 | 12,901.00 |
| 04/17/2008 | 2570 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 2,500.00 | 10,401.00 |
| 05/08/2008 | | Slavic S  Kotsyubchuk | Umpqua Bank | Loan to Compa... | 14,000.00 | | | 24,401.00 |
| 05/21/2008 | 5065 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 5,000.00 | 19,401.00 |
| 05/21/2008 | 5063 | Slavic S  Kotsyubchuk | Umpqua Bank | Loan Payoff | | | 6,000.00 | 13,401.00 |

*Slavco, Inc owes Slavic*

Kotsyubchuk, Slavic and Tanya
Case No. 08-32366-rld11

**Exhibit 4 to Amended Rule 2014 Verified Statement**

14. The applicant has no interest materially adverse to the interest of the estate or of any class of creditors or equity security holders.

**There is no interest materially adverse to the interest of the estate. However, Applicant has provided Debtors with a letter outlining a potentially adverse interest concerning a former attorney/employee's representation of the Debtor in litigation. Debtors have been advised to get independent legal advice concerning this matter. Debtor has agreed to continue using the professional services of the Applicant.**

**Debtors have been notified that the potentially adverse interest involves litigation wherein a Applicants' former attorney/employee failed to allege that the plaintiffs' claims may have been time barred by the applicable statute of limitations and that defense was not presented to the court in the initial pleading and therefore may have been waived. Debtors have been notified that there is no assurance that the claims would have been barred by the applicable statute of limitations, merely that the possibility existed. The Applicant has also notified Debtors that they may have a claim against the attorney for their attorneys' fees and costs should the Applicant continue as counsel in the same matter. In addition, Applicant has notified Debtors that they may have a claim against Applicant in vicarious liability/respondeat superior for the former attorneys' omissions. However, Applicant notes that such a claim is very unlikely in that the experienced attorney was the only person who worked on the case. Applicant has notified the Debtors that the Applicant no longer employs the attorney.  The potential claim would amount to less than the former attorney/employee's basic professional liability policy limit of $300,000.**

Jessica S. Cain
Of Attorneys for Debtors-in-Possession
Gunn Cain & Kinney LLP
700 Deborah Road, Suite 250
Newberg, OR  97132
Phone:  (503) 538-8318
Fax: (503) 537-0591

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

SLAVIC S. KOTSYUBCHUK and TANYA F.
KOTSYUBCHUK,

          Debtors-in-Possession.

Case No.: 08-32366-rld11

CERTIFICATE OF SERVICE

       I hereby certify that I served a copy of the foregoing Amended Rule 2014 Verified

Statement of Proposed Professional on:

All County Surveyor and Planners Inc.
Dale L. Hult, President
PO Box 955
Sandy, OR 97055

Bankruptcy Exchange Inc
2952 Seneca St
West Seneca, NY 14224

Executive Financial Solutions, Inc.
Ella Gurfinxel, President
4942 NW 146th Pl.
Portland, OR 97229

IRS
Insolvency Group III
M/S O240
1220 SW 3rd Ave
Portland, OR 97204

May & Associates, Inc.
12945 SW 135th Avenue
Tigard, OR  97223

ODR Bkcy
955 Center St NE
Salem, OR 97301-2555

Amy Joseph Pedersen
Stoel Rives
900 SW Fifth, Suite 1600
Portland, OR 97204

Recovery Management Systems Corporation
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131

Volvo Financial Services
c/o Lawrence Cooper
7025 Albert Pick Rd #105(27409)
POB 26131
Greensboro, NC 27402

Want & Emery CPAs PC
PO Box 1029
Newberg, OR  97132

by mailing a copy of said documents to each of them in a sealed envelope, addressed to each of them at his or her last known address. Said envelopes were deposited in the Post Office at Newberg, Oregon, on April 30, 2009, postage prepaid.

The following were served electronically by the Court on April 30, 2009:

Thomas K. Hooper for FMCC and Key Bank
Via ECF: bmail@hooplaw.com and csayles@hooplaw.com

Joe Lozano for Litton Loan Servicing, LP, Bank of America and Kubota Credit Corporation
Via ECF: notice@bkcylaw.com

David E. McAllister for Homecomings Financial and National City Mortgage, Co.
Via ECF: ecforb@piteduncan.com

Scott Hutchinson for National Banking Association and National City Bank
Via ECF: ecforb@piteduncan.com

Brandy A. Sargent for Jennifer Thompson and Joseph Martinez
Via ECF: basargent@stoel.com and docketclerk@stoel.com

John D. Schlotter for Litton Loan Servicing, L.P. and America's Servicing Company
Via ECF: bkmail@mrdefault.com

Matthew R. Cleverley for Aurora Loan Services
Via ECF: mcleverley@mccarthyholthus.com and amichael@mccarthyholthus.com

Lisa M. McMahon-Myhran for Saxon Mortgage Services
Via ECF: ecfor@rcflegal.com

Dean Prober for Countrywide Home Loans Servicing, LP
Via ECF: cmartin@pprlaw.net and cmcnamara@pprlaw.net

David B. Schumacher for Greenpoint Mortgage Funding, Inc.
Via ECF: schulaw@comcast.net

Kelly D. Sutherland for Citibank, NA as trustee for Structured Asset Securities Corp OCWEN
Via ECF: s&k-or.ecf.wa@logs.com and crocha@logs.com

Ted A. Troutman for Suresh Paranjpe
Via ECF: tedtroutman@sbcglobal.net and rusty@muir-troutman.com

U.S. Trustee, Portland
Via ECF: USTPRegion18.PL.ECF@usdoj.gov

Gilbert B. Weisman for American Express Bank FSB
Via ECF: notices@becket-lee.com

Jennifer L. Aspaas for Bank of America, Citibank, Litton Loan Servicing and America's Servicing Company
Via ECF: ecfor@rcflegal.com

Jason M. Ayres for Elroy Prosch
Via ECF: jayres@fwwlaw.com and cmontee@fwwlaw.com

DATED: April 30, 2009                    GUNN CAIN & KINNEY LLP

/s/ Jessica S. Cain
Jessica S. Cain, OSB #030857
Attorney of Record for Debtors-in-Possession