

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON**

**RANDALL L. DUNN**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326-1538

JoANNE SHERMAN
LAW CLERK

BELLE S. NA
LAW CLERK

PEG BYRNE
JUDICIAL ASSISTANT

April 30, 2009

Jessica S. Caine
Kevin J. Kinney
Gunn Caine Kinney LLP
700 Deborah Rd., Suite 250
Newberg, Oregon 97132

Re:   **In re Slavic S. And Tanya F. Kotsyubchuk, Case No. 08-32366-rld11**

Dear Ms. Caine and Mr. Kinney:

My chambers has received telephone calls from your office requesting the status of the order authorizing interim compensation ("Proposed Fee Order") submitted by your office on March 25, 2009. I ordinarily do not enter an order authorizing interim fees in small chapter 11 cases prior to confirmation, unless the Chapter 11 Interim Report filed in conjunction with the application reflects that the estate has sufficient funds with which to pay the approved fees. In this case, I intend to consider fees after confirmation of the plan. I therefore will take no action with respect to the Proposed Fee Order at this time.

If you have any questions regarding the status of fee applications in this matter, they can be addressed at the next status conference scheduled for May 18, 2009 at 10:30 a.m. in Courtroom 3.

Very truly yours,

*[signature]*

RANDALL L. DUNN
Bankruptcy Judge

RLD:pb