Below is an Order of the Court.

RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) Bankruptcy Case |
| | ) No. 08-32366-rld11 |
| SLAVIC S. KOTSYUBCHUK and | ) |
| TANYA F. KOTSYUBCHUK, | ) ORDER AUTHORIZING INTERIM |
| | ) REIMBURSEMENT OF EXPENSES |
| | ) AND COMPENSATION OF |
| | ) ATTORNEYS FOR DEBTORS |
| Debtors. | ) (Gunn, Cain & Kinney, LLP) |

Based upon the record of the hearing held June 16, 2009, it is

ORDERED that expenses and attorneys fees incurred in this matter are approved on an interim basis to the extent of the retainer balance of $7,544, with $1,651.78 applied to costs and $5,892.22 applied to fees.

###

cc:      Slavic and Tanya Kotsyubchuk
         Jessica S. Cain
         All County Surveyor and Planners, Inc.
         Amy Joseph Pedersen
         Jennifer Aspaas
         U.S. Trustee

Page 1 - ORDER AUTHORIZING INTERIM REIMBURSEMENT OF EXPENSES AND
         COMPENSATION OF ATTORNEYS