Below is an Order of the Court.

_____
RANDALL L. DUNN
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: ) | Bankruptcy Case |
| ) | No. 08-32366-rld11 |
| SLAVIC S. KOTSYUBCHUK and ) | |
| TANYA F. KOTSYUBCHUK, ) | ORDER AUTHORIZING INTERIM |
| ) | REIMBURSEMENT OF EXPENSES |
| ) | AND COMPENSATION OF |
| ) | ATTORNEYS FOR DEBTORS |
| Debtors.  ) | (Gunn, Cain & Kinney, LLP) |

Based upon the record of the hearing held June 16, 2009, it is

ORDERED that expenses and attorneys fees incurred in this matter are approved on an interim basis to the extent of the retainer balance of $7,544, with $1,651.78 applied to costs and $5,892.22 applied to fees.

###

cc:   Slavic and Tanya Kotsyubchuk
      Jessica S. Cain
      All County Surveyor and Planners, Inc.
      Amy Joseph Pedersen
      Jennifer Aspaas
      U.S. Trustee

Page 1 - ORDER AUTHORIZING INTERIM REIMBURSEMENT OF EXPENSES AND
         COMPENSATION OF ATTORNEYS

# CERTIFICATE OF NOTICE

```
District/off: 0979-3          User: sumalee           Page 1 of 1              Date Rcvd: Jun 30, 2009
Case: 08-32366                Form ID: pdf018         Total Noticed: 3
```

The following entities were noticed by first class mail on Jul 02, 2009.
```
db/jdb     +Slavic S Kotsyubchuk,   Tanya F Kotsyubchuk,   POB 2281,   Clackamas, OR 97015-2281
aty        +Amy Joseph Pedersen,   Stoel Rives,   900 SW Fifth, Suite 1600,   Portland, OR 97204-1225
crcmch     +All County Surveyor and Planners Inc.,   Dale L. Hult, President,   PO Box 955,
             Sandy, OR 97055-0955
```

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 02, 2009**                    **Signature:**    _Joseph Speetjens_