UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

| | |
|---|---|
| In re | ) Case No. _____ |
| | ) |
| | ) NOTICE OF INTENT |
| | ) TO COMPENSATE |
| Debtor(s) | ) PROFESSIONAL(S) |

1. The trustee (or Debtor-in-Possession (DIP)) filed an interim report **(COPY ATTACHED)** showing total receipts of $_____, disbursements of $_____, and a balance on hand of $_____.

2. The interim report also shows this exact language in response to the following questions:

    a. [If Chapter 7 case]  A distribution to creditors is expected (give the date or estimated time period, or if stating "NONE" then also state reasons why not):



    b. The trustee/DIP is currently obligated to pay a maximum of $_____ for administrative and operating expenses owed to non-professionals.  [If case converted from Chapter 11 to 7]  The maximum amount of all timely filed claims for Chapter 11 administrative expenses is $_____.

    c. The trustee/DIP believes the sum of $_____ could be disbursed for compensation and administrative expenses at this time without jeopardizing the viability of the estate.

3. The following application(s) for interim compensation have been filed by professionals appointed by the Court to perform services for the estate:

    Applicants (state profession and relation to case)                                    Compensation        Expenses





4. THE NOTICING PARTY CERTIFIES the information in points 1-3 is true and correct.

**NOTICE IS NOW GIVEN** that unless an interested party files written objections to any application listed above, setting forth the specific grounds for such objection, within 21 days of the service date below, with the Clerk of Court (i.e., if the 5-digit portion of the Case No. begins with a "3" or "4", mail to 1001 SW 5th Ave. #700, Portland OR 97204; OR if it begins with a "6" or "7", mail to 405 E 8th Ave #2600, Eugene OR 97401), the Court may, if a proposed compensation order is submitted to it (with a copy of this notice, and a verified statement that no objections were filed, attached), sign such order without further notice or a hearing.  You may contact the party giving notice if you have further questions.


DATE: _____    _____
                     Type or print noticing party's name                                    Telephone
                     _____
                     Address
                     _____
                     (If Notice given on behalf of DIP) Debtor's Address & Taxpayer ID#(s) (last 4 digits)

On _____, copies of the Interim Report AND this Notice were served on the debtor(s), any trustee, U.S. Trustee, entities that filed a request to receive all case notices, all creditors if required by FRBP 2002(a)(6) (or if original time to file claims has expired, only on creditors who filed claims), and their respective attorneys; AND a copy of the Application(s) for Interim Compensation was served on the debtor(s), any creditor's committee, and their respective attorneys.

                                                _____
753.40 (12/1/09)                                Signature of party giving notice

AGREEMENT WITH DEPOSITOR AND TRUSTEE
ON SAVINGS ACCOUNTS, DEPOSITS OR SECURITIES
IN LIEU OF A PERFORMANCE AND MAINTENANCE BOND

THE CONDITIONS OF THIS OBLIGATION ARE SUCH: That whereas the below named Depositor has applied to the CITY OF PORTLAND, OREGON, by and through its City Engineer, for a permit to <u>construct public street improvements (including public stormwater facilities) on SE 145th Avenue and a public street extension of SE Knight Street east of SE 141st Avenue, as a condition of approval for Land Use Case File No. 2006-159329-000-00-LDS, per plans and specifications for Street Job No. 43847 and BES Job No. 8557 as approved by the City Engineer (PDOT) and Chief Engineer (BES).</u>

This agreement is for the purpose of fulfilling the requirements of Chapter 17.24 (permits) (performance bond) of the Code of the City of Portland, by reference incorporated herein, and is entered into by the CITY OF PORTLAND, OREGON, the Depositor __Suresh C Paranjpe__
(Name)

and __MBank Gladstone Branch__
(Name of financial office and branch)

Trustee, in the amount of $***168,346.00*** in __M/M account__
(Name or Type)

Account No. __023031410__ in the __MBank Gladstone__
__by Lisa Nelson Operations office # 503-674-3186__
(Name of financial office and branch)

will hold such funds until authorization or direction for payment is received from the CITY OF PORTLAND, acting by and through its City Engineer.

All deposits shall be renewable at maturity and at rates and terms in effect at the time of renewal, and all interest shall be paid to or accrued as directed by the Depositor.

Bonds and securities deposited in lieu of a performance bond shall be as provided by the Code of the City of Portland and shall be listed by name and amounts herein or by Trustee verified attachment hereto.

It is further understood that 20% of all funds deposited may be retained through the maintenance period (24 months) following issuance of a certificate of completion; a maintenance bond may be substituted for the above requirement.

All costs incurred in administration or litigation of this agreement is to be borne by Depositor.

Signed and dated at __Gladstone__, Oregon, this __24__ day of __March__, 20__09__.

Signature and Title of Depositor __Suresh C. Paranjpe    Lender/Member__
Company __Mortg. Funding LLC__
Address __11150 SW Riverwood Rd, Portland, OR 97219__
Signature of Financial Officer __Lisa Nelson__
Print Name and Title of Financial Officer __Lisa Nelson Operations officer__
Company __MBank Gladstone Branch__
Address __35 SE 82nd Ave Gladstone, OR 97027__

LIST SECURITIES ON REVERSE SIDE

EXHIBIT __A__
PAGE __1__ OF __1__

CITY OF PORTLAND
OFFICE OF TRANSPORTATION

## APPLICATION TO THE CITY ENGINEER FOR STREET IMPROVEMENT PERMIT

Date: 3-25-2009

Job No. __43847__

Applicant: __Slavic Kotsyubchuk__

Applicant's Address: __P O Box 2281, Clackamas OR 97015__

Applicant's phone number(s): __503 422-5505__

The Applicant applies for a permit to improve/construct: __public street improvements (including public storm water facilities) on SE 145th Avenue and a public street extension of SE Knight Street east of SE 141st Avenue, as a condition of approval for Land Use Case File No. LU 2006-159329-000-00-LDS, under Street Job No. 43847 and BES Job No. 8557__ in accordance with plans and specifications approved by the City Engineer (PDOT) and Chief Engineer (BES) and in conformance with all applicable City Codes and requirements.

The applicant agrees to the following conditions:

1. The Applicant shall complete the attached permit within **6 months of the date of signature of this application and prior to occupancy of any new buildings on site.**
2. The Applicant shall complete all required street improvements within **18 months of the date of the signature of this application, or prior to occupancy of any buildings on the site, whichever comes first.**
3. The assurance of performance in the amount of **$168,346.00**, provided in conformance with 17.24.055 and described below can be called on in the event that applicant fails to carry out all provisions of this application.

    Assurance of Performance:
    Type __Set Aside Account__
    Date signed __3/24/09__
    Identifying number __Act # 02303410__
    Signer's name __Suresh C. Paranjpe__

4. An initial permit fee deposit in the amount of **$500.00** has been submitted and is subject to forfeit in full if the applicant fails to carry out the provisions of this application.
5. The Applicant shall maintain, at the Applicant's expense, required public improvements for a period of twenty-four (24) months following issuance of a Certificate of Completion, as assurance against defective workmanship or materials employed in such improvements.
6. Twenty (20%) percent of the amount of the performance of assurance shall be retained by the City through the maintenance period as assurance of performance by the Applicant of maintenance responsibilities.
7. If installation of required improvements is not completed, and required maintenance work is not performed to the City's satisfaction within the one year time period specified in Section 1 above, the City may recover the full cost and expense from the assurance of performance of if the assurance of performance is not sufficient, from the Applicant, and may utilize these funds to cause the work to be completed.

1

EXHIBIT __B__
PAGE __1__ OF __2__

Street Job No. 43847

IN WITNESS WHEREOF, Slavic Kotsyubchuk, has executed this Permit Application as of this 25 day of March, 2009.

By: _____
(Signature)

**STATE OF OREGON**

**COUNTY OF CLACKAMAS**

This instrument was acknowledged before me on March 25, 2009, by Slavic Kotsyubchuk

_____
Notary Public for Oregon

My Commission expires June 3, 2011

[OFFICIAL SEAL — JOHN S HYUN — NOTARY PUBLIC - OREGON — COMMISSION NO. 418513 — MY COMMISSION EXPIRES JUNE 3, 2011]

**APPROVED AS TO FORM:**

_____
City Attorney

2



EXHIBIT B
PAGE 2 OF 2

Street Job No. 43847

# Invoice

| Date | Invoice No. |
|---|---|
| 4/30/2009 | 2503 |

| Past Due: | 6/16/2009 |
|---|---|

| Job Name: |
|---|
| Kotsyubchuk - Subdi... |



**May & Associates Inc. - Appraisal & Consulting**
12945 SW 135th Ave
Tigard, OR 97223
503-524-7577

**Bill To:**
Jessica Cain
Gunn, Cain & Kinney, LL
700 Deborah Road, Suite 250
Newberg, Oregon 97132

**Ship To:**
Gunn, Cain & Kinney, LL
700 Deborah Road, Suite 250
Newberg, Oregon 97132

**Date of Inspection:**
4/24/2009

| Property Address: | Lender/Client: | Borrower: |
|---|---|---|
| 16490 SE Siri Loop  Damascus 97089 | Gunn, Cain & Kinney, LL | Kotsyubchuk |

**Contact Name & No.:**
503-538-8318

**Ordered By:**
Jessica Cain

| Total | $3,200.00 |
|---|---|

Thank you for your business-
We appreciate it!

TERMS OF PAYMENT: All invoices are Net 30 days from the date of inspection, subject to 2% service charge each month on any overdue balances, minimum $10 per month. Acceptance of delivery of Appraisal Report is construed as acceptance of these terms. Appraisal fee payments are not subject to any future event, i.e.: loan closing.

Tax Accnt. No.: 93-1168030

EXHIBIT __C__
PAGE __1__ OF __2__

# Invoice



**May & Associates Inc. - Appraisal & Consulting**

12945 SW 135th Ave
Tigard, OR 97223
503-524-7577

| Date | Invoice No. |
|---|---|
| 2/20/2009 | 2485 |

| Past Due: | 3/20/2009 |
|---|---|

| Job Name: |
|---|
| Kotsyubchuk - Cour... |

**Bill To:**
Jessica Cain
Gunn, Cain & Kinney, LL
P.O. Box 1046
Newberg, Oregon 97132

**Ship To:**
Gunn, Cain & Kinney, LL
700 Deborah Road, Suite 250
Newberg, Oregon 97132

**Date of Inspection:**
2/20/2009

| Property Address: | Lender/Client: | Borrower: |
|---|---|---|
| 5913 - 6005 SE 145th Ave. Portland, OR 97236 | Gunn, Cain & Kinney, LL | Kotsyubchuk |

Expert Witness Fees for Court Appearance of February 20th, 2009

Contact Name & No.:
503-538-8318

Ordered By:
Jessica Cain

| Total | $833.75 |
|---|---|

Thank you for your business-
We appreciate it!

**TERMS OF PAYMENT:** All invoices are Net 30 days from the date of inspection, subject to 2% service charge each month on any overdue balances, minimum $10 per month. Acceptance of delivery of Appraisal Report is construed as acceptance of these terms. Appraisal fee payments are not subject to any future event, i.e.: loan closing.

Tax Accnt. No.: 93-1168030

EXHIBIT C
PAGE 2 OF 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                )
                                     )  Case No._____
                                     )
                                     )  CHAPTER 11 INTERIM
                                     )  REPORT Number _____
                                     )  [*NOTE*:  File and serve as
Debtor(s)                            )   required by LBR 2016-1]

The undersigned, _____, who is the _____ in this case reports upon the financial condition of the estate and the progress of its administration as follows:

|  | Amounts Since | Total From Date Case |
| --- | --- | --- |
| <u>Estate Money</u> | <u>Last Report</u> | <u>Began As Chapter 11</u> |
| 1. Receipts | $_____ | $_____ |
| Disbursements | $_____ | $_____ |
| BALANCE ON HAND |  | $_____ |

2. Briefly describe the status of the reorganization effort (e.g., include the date the Plan or Disclosure Statement was filed, or, if not yet filed, the estimated date of filing; if the estate is liquidating under a confirmed Plan, give the estimated date or time period for completion):

3. The sum of $_____ could be disbursed for interim compensation and administrative expenses at this time without jeopardizing the viability of the estate.

4. The Court has appointed the following professionals in this case (provide names and types of duties only if the persons have not received final compensation):

5. The estate is currently obligated to pay a maximum of $_____ for administrative expenses owed to non-professionals.

6. Additional comments:

DATE: _____                    SIGNED: _____

1153 (8/8/08)